In the Matter of the Application of FRED WEBER and LOUIS SILBERMAN, Appel-

lants, Directors of SHEET METAL MANUFACTURING Co., INC., a New York Corporation, Respondent, for a Dissolution of Said Corporation.— Order vacating order of reference, and to show cause, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.